**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Dennis James MILLER, Respondent.**

**No. 371 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 10, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of February, 1998, there having been filed with this Court by Dennis James Miller his verified Statement of Resignation and Addendum thereto dated September 25, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Dennis James Miller be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**In the Matter of James P. GITTENS.**

**Nos. 377 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 10, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of February, 1998, James P. Gittens having been placed on indefinite temporary suspension from the practice of law in the District of Columbia by Order of the District of Columbia Court of Appeals dated December 19, 1994; the said James P. Gittens having been directed on November 13, 1997, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that James P. Gittens is placed on indefinite temporary suspension from the practice of law in this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E.